GLENN A. PATERNOSTER, ESQ.
Nevada Bar No. 5452
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
**PATERNOSTER LAW GROUP**
400 South 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 654-1111
Facsimile: (702) 522-1522
glenn@paternosterlaw.com
pooja@paternosterlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAN E. BISHOP, individually, | CASE NO.: 2:19-cv-02029-RFB-BNW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| THE VONS COMPANIES, INC., a Nevada Foreign Corporation; DOE MANAGER; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive | **[FIRST REQUEST]** |
| Defendants. | |

COME NOW, Plaintiff JAN E. BISHOP (hereinafter "Plaintiff") and Defendant THE VONS COMPANIES, INC. (hereinafter "Defendant"), by and through their respective counsel of record, and hereby stipulate and agree to extend discovery deadlines in the above captioned matter. This is the first request to extend discovery deadlines in this matter.

**I.    DISCOVERY COMPLETED TO DATE**

To date, the Parties have completed the following discovery:

- The Parties attended the FRCP 26(f) conference.
- The Parties exchanged FRCP 26(a) initial disclosures.
- Plaintiff provided Defendant with executed medical authorizations to obtain Plaintiff's relevant medical records.

-1-

- Defendant propounded written discovery requests upon Plaintiff pursuant to FRCP 33, FRCP 34, and FRCP 36.
- Plaintiff served responses to written discovery requests upon Defendant pursuant to FRCP 33, FRCP 34, and FRCP 36.
- Defendant noticed the deposition of Plaintiff for June 12, 2020.

## II.  DISCOVERY REMAINING TO BE COMPLETED

The Parties have yet to complete the following discovery:

- Plaintiff intends to propound written discovery requests upon Defendant pursuant to FRCP 33, FRCP 34, and FRCP 36.
- Upon receipt of written discovery requests, Defendant intends to serve responses to same upon Plaintiff pursuant to FRCP 33, FRCP 34, and FRCP 36.
- Defendant intends to conduct the deposition of Plaintiff.
- Plaintiff intends to notice and conduct the deposition of Defendant's FRCP 30(b)(6) representative.
- The Parties intend to depose percipient witnesses as listed in their respective FRCP 26(a) initial disclosures and supplements thereto.
- The Parties intend to serve expert disclosures pursuant to FRCP 26(a).
- The Parties intend to depose experts.
- Defendant intends to depose Plaintiff's medical providers.
- The Parties will determine whether additional written discovery requests shall be propounded on one another.

## III.  REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED TO DATE

Good cause exists for the Parties' request for extension of discovery deadlines. Because of the current COVID-19 pandemic, the Parties have been unable to coordinate times and/or dates for discovery to proceed. Additionally, the Parties' respective counsel have had differing schedules in and out of the office, preventing proper discovery and investigation in this matter. For instance, counsel for Plaintiff has been limited in the number of hours she works, and she is not in office for the majority of those limited hours.

Additionally, counsel for Plaintiff is currently expecting, and she, therefore, seeks extension of discovery deadlines so that she may litigate this matter properly while accounting for her upcoming maternity leave in September 2020.

The Parties aver that they seek this extension of discovery deadlines in good faith and are not doing so for any dilatory purpose or to cause undue delay.

## IV.  PROPOSED DISCOVERY SCHEDULE

Currently, the discovery deadlines remaining in this matter are as follows:

- **Discovery Cut-Off . . . . . August 18, 2020**
- Deadline to Amend Pleadings/Add Parties . . *past*
- Initial Expert Disclosure Deadline . . . June 19, 2020
- Interim Status Report Deadline . . . June 19, 2020
- Rebuttal Expert Disclosure Deadline . . . July 19, 2020
- Deadline to File Dispositive Motions . . . September 17, 2020
- Deadline to File Pre-Trial Order . . . October 17, 2020

//
//
//
//
//
//
//
//
//
//
//
//
//
//



The Parties propose the following discovery schedule:

- **Discovery Cut-Off** . . . . . **February 18, 2021**
- Deadline to Amend Pleadings/Add Parties . . *past*
- Initial Expert Disclosure Deadline . . . December 18, 2020
- Interim Status Report Deadline . . . December 18, 2020
- Rebuttal Expert Disclosure Deadline . . . January 18, 2021
- Deadline to File Dispositive Motions . . . March 19, 2021
- Deadline to File Pre-Trial Order . . . April 19, 2021

IT IS SO STIPULATED.

DATED this 21st day of May, 2020.                         DATED this 21st day of May, 2020.

**PATERNOSTER LAW GROUP**                                **BRANDON SMERBER LAW FIRM**

*/s/ Pooja Kumar*                                        */s/ Andrew Guzik*
_____                          _____
GLENN A. PATERNOSTER, ESQ.                               LEW BRANDON, JR., ESQ.
Nevada Bar No. 5452                                      Nevada Bar No. 5880
POOJA KUMAR, ESQ.                                        ANDREW GUZIK, ESQ.
Nevada Bar No. 12988                                     Nevada Bar No. 12758
400 South 4th Street, Suite 300                          139 East Warm Springs Road
Las Vegas, Nevada 89101                                  Las Vegas, Nevada 89119
*Attorneys for Plaintiff*                                *Attorneys for Defendant*
*Jan E. Bishop*                                          *The Vons Companies, Inc.*

IT IS ORDERED that ECF No. 13 is GRANTED. The parties are advised that the Court does not normally grant extensions of this length. However, based on the unique circumstances here, the Court will do so and expect the parties not to seek further extensions unless there are extremely compelling reasons so doing so.

**IT IS SO ORDERED.**

DATED this __27th__ day of _May_         _____, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**