**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAN E. BISHOP, individually, | |
| Plaintiff, | CASE NO.: 2:19-cv-02029-RFB-BNW |
| vs. | |
| THE VONS COMPANIES, INC., a Nevada Foreign Corporation; DOE MANAGER; DOES I through XX; and ROE CORPORATIONS I through XX; inclusive, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order, Defendant, ALBERTSONS, LLC., by and through its counsel of record, and Plaintiff, JAN E. BISHOP, by and through her counsel of record, submit this Joint Status Report.

## STATUS OF ACTION

1. The respective parties have globally resolved the above-entitled matter on April 26, 2021 via Mediation with Gene Porter and the parties anticipate submitting to this U.S. District Court a Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties, within the next sixty (60) days.

DATED this 27th day of April, 2021.

| PATERNOSTER LAW GROUP | BRANDON | SMERBER LAW FIRM |
|---|---|
| */s/ Pooja Kumar, Esq.* | */s/ Lew Brandon, Jr., Esq.* |
| **GLENN A. PATERNOSTER, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 5452 | Nevada Bar No. 5880 |
| **POOJA KUMAR, ESQ.** | **ANDREW GUZIK, ESQ.** |
| Nevada Bar No. 12988 | Nevada Bar No. 12758 |
| 400 South 4th Street, Suite 300 | 139 East Warm Springs Road |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89119 |
| 702-654-1111 | (702) 380-0007 |
| Facsimile – 702-522-1522 | (702) 380-2964 – *facsimile* |
| glenn@paternosterlaw.com | l.brandon@bsnv.law |
| pooja@paternosterlaw.com | a.guzik@bsnv.law |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| JAN E. BISHOP | THE VONS COMPANIES, INC. |

## ORDER

Based on the parties' notice of settlement (ECF No. 17), IT IS ORDERED that by July 1, 2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 1:52 pm, April 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**