SODW
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAN E. BISHOP, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a Nevada Foreign Corporation; DOE MANAGER; DOES I through XX; and ROE CORPORATIONS I through XX; inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02029-RFB-BNW |

**STIPULATION AND ORDER TO DISMISS DEFENDANT, THE VONS COMPANIES, INC., WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, THE VONS COMPANIES, INC., and Plaintiff, JAN E. BISHOP, by and through GLENN A. PATERNOSTER, ESQ., and POOJA KUMAR, ESQ., of PATERNOSTER LAW GROUP, LLC, as follows:

That Defendant, THE VONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 2nd day of June, 2021.    DATED this 2nd day of June, 2021.

**BRANDON | SMERBER LAW FIRM**

/s/ *Lew Brandon, Jr. Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**PATERNOSTER LAW GROUP**

[signature]

**GLENN A. PATERNOSTER, ESQ.**
Nevada Bar No. 5452
**POOJA KUMAR, ESQ.**
Nevada Bar No. 12988
400 South 4th Street, Suite 300
Las Vegas, Nevada 89101
702-654-1111
Facsimile – 702-522-1522
glenn@paternosterlaw.com
pooja@paternosterlaw.com
*Attorneys for Plaintiff,*
*JAN E. BISHOP*

///
///
///
///
///
///
///

*Jan E. Bishop v The Vons Companies, Inc., et al.*
*Case No. 2:19-cv-02029-RFB-BNW*

**IT IS SO ORDERED** that Defendant, THE VONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __4th__ day of __June__, 2021.

**RICHARD E. BOULWARE, II**
**United States District Court**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

/s/ *Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*